IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RICARDO JOYA DIAZ, *ET AL.*, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>RM CONTRACTOR, LLC, )<br>)<br>*Defendant*. )<br>)<br>) | Civil Action No. 1:21-cv-01192<br>Hon. Liam O'Grady |

### ORDER

This matter comes before the Court upon the Report and Recommendation issued by Magistrate Judge John F. Anderson ("Recommendation") on June 17, 2022. Dkt. 13. Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting any objections to the Recommendation was July 1, 2022. To date, no objections have been filed.

Thus, after reviewing the record and Judge Anderson's Recommendation, and finding good cause to do so, the Court hereby **APPROVES** and **ADOPTS** the Recommendation.

Therefore, it is hereby **ORDERED** that Plaintiffs' Motion for Default Judgment, Dkt. 8, is **GRANTED**.

It is hereby **ORDERED** that judgment is entered in favor of Plaintiff Ricardo Joya Diaz and against Defendant RM Contractor, LLC in the amount of **$13,313.50** ($676 in unpaid overtime wages and $676 in statutory liquidated damages for his FLSA claim, and $6,961.50 in back pay and $5,000 in compensatory damages for his Title VII claim).

It is hereby **ORDERED** that judgment is entered in favor of Plaintiff Diana Joya Diaz and against Defendant RM Contractor, LLC in the amount of **$16,347.50** ($1,657.50 in unpaid

overtime wages and $1,657.50 in statutory liquidated damages for her FLSA claim, and $8,032.50 in back pay and $5,000 in compensatory damages for her Title VII claim).

It is further **ORDERED** that Plaintiffs are awarded **$13,104** in attorney's fees and **$472** in costs.

The Clerk of Court is directed to enter judgment in favor of the Plaintiff as set forth above, pursuant to Rule 55 of the Federal Rules of Civil Procedure.

It is **SO ORDERED.**

July 27, 2022
Alexandria, Virginia

Liam O'Grady
United States District Judge